THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>YAKATTACK LLC,<br><br>Defendant. | No. 2:17-cv-00646-TSZ<br><br>**NOTICE OF APPEARANCE** |

TO:   THE CLERK OF THE COURT; and

TO:   All Parties of Record

     PLEASE TAKE NOTICE that Defendant YakAttack LLC, hereby appears in the above-captioned action by and through undersigned counsel, without waiving any defenses or objections that may exist pursuant to Federal Rules of Civil Procedure 5, 8, or 12. Defendant requests that all further pleadings and papers, except original process, be served upon the undersigned counsel at the address stated below.

/ / /

/ / /

NOTICE OF APPEARANCE
(No. 2:17-CV-00646-TSZ) – Pg. 1

LEE & HAYES, PLLC
701 Pike Street, Suite 1600
Seattle, WA 98101
(206) 315-4001 Telephone (206) 315-4004 Fax

1
2      DATED this 18th day of May, 2017.
3
                                          s/ Robert J. Carlson
4                                         ROBERT J. CARLSON, WSBA #18455
                                          LEE & HAYES, pllc
5                                         701 Pike Street, Suite 1600
                                          Seattle, WA  98101
6                                         Telephone: (206) 315-4001
                                          Fax: (206) 315-4004
7                                         E-mail: Bob@leehayes.com

8                                         Attorney for Defendant YakAttack, LLC
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF APPEARANCE
(No. 2:17-CV-00646-TSZ) – Pg. 2

LEE & HAYES, PLLC
701 Pike Street, Suite 1600
Seattle, WA 98101
(206) 315-4001 Telephone (206) 315-4004 Fax

CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of May, 2017, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David K. Tellekson
dtellekson@fenwick.com

Jessica M. Kaempf
jkaempf@fenwick.com

By: s/ Robert J. Carlson
ROBERT J. CARLSON, WSBA #18455
LEE & HAYES, pllc
701 Pike Street, Suite 1600
Seattle, WA 98101
Telephone: (206) 315-4001
Fax: (206) 315-4004
E-mail: Bob@leehayes.com

Attorney for Defendant YakAttack, LLC

NOTICE OF APPEARANCE
(No. 2:17-CV-00646-TSZ) – Pg. 3

LEE & HAYES, PLLC
701 Pike Street, Suite 1600
Seattle, WA 98101
(206) 315-4001 Telephone (206) 315-4004 Fax